# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **STEVEN E. JOHNSON,** | )<br>) |
| **Plaintiff,** | )<br>) |
| v. | ) **CIVIL ACTION NO.**<br>) **2:16-cv-00835-SGC** |
| **CAVALRY SPV I, LLC,** | )<br>) |
| **Defendant.** | )<br>) |

## NOTICE OF SETTLEMENT

**COMES NOW** defendant Cavalry SPV I, LLC ("Defendant"), by and through its undersigned counsel, and hereby informs the Court that a settlement of the present matter has been reached as to all claims of plaintiff Steven E. Johnson against Defendant.

Defendant, therefore, requests that this Honorable Court vacate all dates currently set on calendar for the present matter and give the parties 60 days to file the necessary dismissal papers.

Respectfully submitted this 29th day of June, 2016.

*s/ R. Frank Springfield*
R. Frank Springfield (SPR024)
Rachel R. Friedman (FRI045)

27707889 v1

> BURR & FORMAN LLP
> 420 North 20th Street, Suite 3400
> Birmingham, AL  35203
> Telephone: (205) 251-3000
> Facsimile: (205) 458-5100
> fspringf@burr.com
> rfriedman@burr.com
>
> Attorneys for Cavalry SPV I, LLC

## CERTIFICATE OF SERVICE

    I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing, or, if the party served does not participate in Notice of Electronic Filing, by U.S. First Class Mail, hand delivery, fax or email on this the 29th day of June, 2016:

> W. Whitney Seals
> Pate & Cochrun, L.L.P.
> P.O. Box 10448
> Birmingham, AL 35202

> *s/ R. Frank Springfield*
> OF COUNSEL