FILED
2016 Aug-16 PM 01:44
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| STEVEN E. JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 2:16-cv-00835-SGC |
| | ) |
| CAVALRY SPV I, LLC, | ) |
| | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

On August 11, 2016, a joint stipulation of dismissal was filed, signed by all parties to the above-captioned matter.  (Doc. 9).  Accordingly, this matter is **DISMISSED WITH PREJUDICE**, each party to bear its own costs.  FED. R. CIV. P. 41(a)(1)(A)(ii).

**DONE** and **ORDERED** this 16th day of August, 2016.

_/s/ Staci G. Cornelius_
STACI G. CORNELIUS
U.S. MAGISTRATE JUDGE